## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-23528-GLT |
| | : | |
| RONALD J. BULICK, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 5, 6 |
| RONALD J. BULICK, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | September 27, 2017 at 10:00 AM |
| v. | : | |
| | : | |
| AMERICAN CREDIT, | : | |
| BANK OF AMERICA, | : | |
| CHAMPION MORTGAGE, | : | |
| CREDIT MANAGEMENT, | : | |
| DUQUESNE LIGHT, | : | |
| NATIONSTAR MORTGAGE, | : | |
| SEATTLE FINANCING, AND | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| RESPONDENTS | : | |

### CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on September 1, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 18, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 19, 2017         By:   /s/ Paul W. McElrath
                                        Paul W. McElrath, Esquire
                                        Attorney for Debtor/Movant
                                        PA I.D. #86220
                                        McElrath Legal Holdings, LLC
                                        1641 Saw Mill Run Blvd
                                        Pittsburgh, PA 15210
                                        (412) 765-3606