IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-23528-GLT |
| | : | |
| RONALD J. BULICK, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 5 |
| RONALD J. BULICK, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | September 27, 2017 at 10:00 AM |
| vs. | : | |
| | : | |
| AMERICAN CREDIT, | : | |
| BANK OF AMERICA, | : | |
| CHAMPION MORTGAGE, | : | |
| CREDIT MANAGEMENT, | : | |
| DUQUESNE LIGHT, | : | |
| NATIONSTAR MORTGAGE, | : | |
| SEATTLE FINANCING, | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | **ENTERED BY DEFAULT** |
| CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

### ORDER

AND NOW, on this  20th  day of       September            , 2017, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

Carlota M. Böhm    kmt
~~Gregory L. Taddonio~~ Carlota M. Böhm
United States Bankruptcy Judge

FILED
9/20/17 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-23528-GLT
Ronald J. Bulick                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: kthe               Page 1 of 1        Date Rcvd: Sep 20, 2017
                            Form ID: pdf900          Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db            +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458
14686556      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14686558      +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14686557      +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14686560       Duquesne Light Company,     c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14686561      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14686562       Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14686563      +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14686564       Seattle Financing Group,    090 Queen Avenue N.,    Suite 100,    Seattle, WA 98109
14686565      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14686555      +E-mail/Text: bankruptcy@acbhq.com Sep 21 2017 01:30:56       American Credit Bureau,
                 2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14686559      +E-mail/Text: kcarter@creditmanagementcompany.com Sep 21 2017 01:31:50       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Champion Mortgage
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Champion Mortgage bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```