IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-23528-GLT |
| | : | |
| Ronald J. Bulick, | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Ronald J. Bulick, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Ronald J. Bulick,** hereby state as follows:

1. I am retired.

2. I receive Social Security Benefits in the amount of $859.00 per month.

3. I receive Food Stamps in the amount of $74.00 per month.

4. Due to my lack of income I was not required to file income tax returns for the years 2013 - 2016.

5. I am not currently employed; therefore, I have not submitted payment advices for the preceding six (6) months.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 3, 2017                           /s/ **Ronald J. Bulick**
                                                **Ronald J. Bulick**
                                                Debtor