## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 17-23528-GLT** |
| | : | |
| **RONALD J. BULICK,** | : | **CHAPTER 7** |
| **DEBTOR** | : | |
| | : | **RELATED TO DOC. NO. 23** |
| **RONALD J. BULICK,** | : | |
| **MOVANT** | : | **Status Conference** |
| | : | **November 2017 at 11:00 AM** |
| **v.** | : | |
| | : | |
| **AMERICAN CREDIT,** | : | |
| **BANK OF AMERICA,** | : | |
| **CHAMPION MORTGAGE,** | : | |
| **CREDIT MANAGEMENT,** | : | |
| **DUQUESNE LIGHT,** | : | |
| **NATIONSTAR MORTGAGE,** | : | |
| **SEATTLE FINANCING,** | : | |
| **ZUCKER, GOLDBERG & ACKERMAN** | : | |
| **ROSEMARY C. CRAWFORD** | : | |
| **RESPONDENTS** | : | |

## CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13, TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE AND TERMINATING WAGE ATTACHMENT

I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on October 10, 2017, I served a true copy the Order Converting Case Under Chapter 13, to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference and Terminating Wage Attachment, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: October 10, 2017

By:      /s/ Sharla Munroe
        Sharla Munroe, Paralegal
        McElrath Legal Holdings, LLC
        1641 Saw Mill Run Blvd.
        Pittsburgh, PA 15210
        Tel: 412.765.3606
        Fax: 412.765.1917

MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Ronald Bulick
4540 Gardenville Road
Pittsburgh, PA 15236

American Credit Bureau
2755 S Federal Hwy
Boynton Beach, FL 33435

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Champion Mortgage
2 Gatehall Drive
Parsippany, NJ 07054

Champion Mortgage
PO Box 91322
Seattle, WA 98111

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Duquesne Light Company
c/o Peter J. Ashcroft, Esquire
Bernstein Law Firm, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

Robertson, Anschutz, Schneid, PL
6409 Congress Ave
Ste 100
Boca Raton, FL 33486

Seattle Financing Group
090 Queen Avenue N.
Suite 100
Seattle, WA 98109

Zucker, Goldberg & Ackerman
200 Sheffield Street
Suite 101
Mountainside, NJ 07092