Form RSC

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−23528−GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
 Ronald J. Bulick
 4540 Gardenville Road
 Pittsburgh, PA 15236

Social Security No.:
 xxx−xx−6238

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr. | Rosemary C. Crawford |
| McElrath Legal Holdings, LLC. | Crawford McDonald, LLC. |
| 1641 Saw Mill Run Boulevard | P.O. Box 355 |
| Pittsburgh, PA 15210 | Allison Park, PA 15101 |
| Telephone number:  412−765−3606 | Telephone number:  724−443−4757 |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
January 29, 2018
02:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty
Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 11/30/17                                    BY THE COURT

                                                   Gregory L. Taddonio
                                                   Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23528-GLT
Ronald J. Bulick                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam                  Page 1 of 1              Date Rcvd: Nov 30, 2017
                                Form ID: rsc                Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db             +Ronald J. Bulick,    4540 Gardenville Road,     Pittsburgh, PA 15236-2458
14686556       +Bank of America,    100 North Tryon Street,     Charlotte, NC 28255-0001
14686558       +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14686557       +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14686560        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,     Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14686561       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14686562        Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14686563       +Robertson, Anschutz, Schneid, PL,     6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14686564        Seattle Financing Group,    090 Queen Avenue N.,     Suite 100,    Seattle, WA 98109
14686565       +Zucker, Goldberg & Ackerman,    200 Sheffield Street,     Suite 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 18:12:35      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14686555       +E-mail/Text: bankruptcy@acbhq.com Nov 30 2017 18:12:24      American Credit Bureau,
                 2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14686559       +E-mail/Text: kcarter@creditmanagementcompany.com Nov 30 2017 18:12:54       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Champion Mortgage
cr              Duquesne Light Company
14705850*      +American Credit Bureau,    2755 S Federal Hwy,     Boynton Beach, FL 33435-7742
14705851*      +Bank of America,    100 North Tryon Street,     Charlotte, NC 28255-0001
14705853*      +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14705852*      +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14705854*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14705855*       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,     Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14705856*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14705857*       Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14705858*      +Robertson, Anschutz, Schneid, PL,     6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14705859*       Seattle Financing Group,    090 Queen Avenue N.,     Suite 100,    Seattle, WA 98109
14705860*      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,     Suite 101,    Mountainside, NJ 07092-2315
                                                                                              TOTALS: 2, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Champion Mortgage bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                              TOTAL: 6
```