**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 17-23528-GLT** |
| **Ronald J. Bulick,** | : | |
| **Debtor** | : | **Chapter 7** |
| | : | |
| | : | **Related to Doc. No. 42, 43** |
| **Ronald J. Bulick,** | : | |
| **Movant** | : | **Responses due by 1/29/2018** |
| | : | |
| **vs.** | : | **Hearing Date & Time:** |
| | : | **February 8, 2018 at 10:00 AM** |
| **Rosemary C. Crawford, Esquire** | : | |
| **Chapter 7 Trustee and** | : | |
| **All Parties of Interest** | : | |
| **Respondents** | : | |

**CERTIFICATION OF NO OBJECTION MOTION FOR EXEMPTION FROM FINANCIAL
MANAGEMENT COURSE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Exemption from Financial Management Course for Debtor-Husband, filed on January 12, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 29, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>January 30, 2018</u>          By:     <u>/s/ Paul W. McElrath</u>
                                              Paul W. McElrath, Esquire
                                              Attorney for Debtor/Movant
                                              PA I.D. #86220
                                              1641 Saw Mill Run Blvd.
                                              Pittsburgh, PA 15210
                                              (412) 765-3606