IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23528-GLT |
| Ronald J. Bulick, | : | |
| | : | Chapter 7 |
| Debtors | : | |
| | : | |
| Ronald J. Bulick, | : | |
| | : | |
| Movant | : | Related to Document No. 42 |
| | : | |
| vs. | : | Hearing Date & Time: |
| | : | February 8, 2018 at 10:00 AM |
| Rosemary C. Crawford, Esquire | : | |
| Chapter 7 Trustee, | : | |
| Additional | : | |
| Respondent | : | |

## ORDER

**AND NOW** on this __30th Day of January, __, 2018, upon consideration of the within Motion, it is hereby ordered and directed that the requirement of participation in a financial management course and the filing of a financial management certificate for the Debtor, Ronald J. Bulick, is excused.

BY THE COURT:

Gregory␣␣Taddonio,    **drb**
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-23528-GLT
Ronald J. Bulick                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam            Page 1 of 1          Date Rcvd: Jan 30, 2018
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db             +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James Warmbrodt     on behalf of Creditor    Champion Mortgage bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.   on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
       PA68@ecfcbis.com
      Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                                 TOTAL: 6