FILED
6/25/18 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-23528-GLT |
| | : | Chapter 7 |
| Ronald J. Bulick | : | |
| | : | Related to Doc. No(s). 47 |
| Debtor(s). | : | |
| | : | Hearing Date: July 20, 2018 at 11:00a.m. |
| | : | Response Date: July 12, 2018 |

## ORDER

**AND NOW,** this 25th day of June, 2018, it appears to the Court that the above-captioned bankruptcy case was filed on **August 31, 2018**. A *Section 341 Meeting Of Creditors* was initially scheduled for **November 13, 2017 at 2:00 PM**. On **November 29, 2017**, the Chapter 7 Trustee placed an entry on the docket at Doc. No. **37** which stated that the Section 341 meeting was not held due to the Debtor(s)' failure to appear and requesting that the Clerk reschedule the meeting.

The Section 341 meeting was RESCHEDULED for January 29, 2018 at 2:00 PM. On February 7, 2018, the Chapter 7 Trustee placed an entry on the docket at Doc. No. 47 indicating that the rescheduled meeting was not held and requesting that the bankruptcy case be dismissed.

Based upon the foregoing, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

(1)    A *Rule To Show Cause* hearing is scheduled for **July 20, 2018**, at 11:00 a.m. in Courtroom "A", 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 to

determine why the case should not be dismissed for failure to attend the scheduled Section 341 meetings.

(2)    **On or before July 12, 2018**, any *Response* to this Order shall be filed with the Clerk's Office at the United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
Ronald J. Bulick
Paul W. McElrath, Jr., Esq.
Rosemary C. Crawford, Trustee
U.S. Trustee

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                       Case No. 17-23528-GLT
Ronald J. Bulick                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Jun 25, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db             +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Champion Mortgage bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    Champion Mortgage kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 7