# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:                                                      CHAPTER 7
                                                            CASE NO.: 17-23528-GLT

**Ronald J. Bulick,**

    Debtor,

_____/

**NATIONSTAR MORTGAGE LLC D/B/A
CHAMPION MORTGAGE COMPANY,**

    Movant,

v.

**Ronald J. Bulick,
Rosemary C. Crawford,**

    Respondents.

_____/

## CERTIFICATE OF SERVICE

### (Motion for Relief)

        I, Kevin Buttery, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court an Order Granting Motion For Relief From Stay (Related Doc # 48) DE #56 on July 17, 2018 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Ronald J. Bulick
4540 Gardenville Road
Pittsburgh, PA 15236

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: July 17, 2018

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112 x 221
Fax: 404-393-1425

By: /s/ Kevin Buttery
Kevin M. Buttery Esquire
Bar ID: 319438
Email: kbuttery@rascrane.com