FILED
7/13/18 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **CASE NO. 17-23528-GLT** |
| Ronald J. Bulick, | : |
| | : |
| Debtor | : **CHAPTER 7**    (N) |
| | : |
| | : **Related to Docket No. 52** |
| Rosemary C. Crawford, Esquire, | : |
| Chapter 7 Trustee, | : **Hearing Date & Time:** |
| Movant | : 7/20/2018 at 11:00 a.m. |
| | : |
| vs. | : |
| | : |
| Ronald J. Bulick, | : |
| | : |
| Respondent | : |

### ORDER

**AND NOW**, this _13th Day of July_____, 2018, upon consideration of the

Debtor's Response to Rule to Show Cause Order of Court Dated June 25, 2018, it is hereby

ORDERED and DECREED:

1. A new Meeting of Creditors hearing shall be scheduled by the Clerk.

2. The Order to Show Cause hearing scheduled for July 20, 2018 at 11:00 AM is

   cancelled and Rescheduled to September 12, 2018 at 11:00 AM at

   p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

3. If the Debtor fails to attend the next scheduled 341 meeting, this case
   will be immediately dismissed.

BY THE COURT:

Gregory L. Taddonio,    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald J. Bulick
      Debtor

Case No. 17-23528-GLT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam         Page 1 of 2         Date Rcvd: Jul 16, 2018
                 Form ID: pdf900      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
```
db             +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458
14686556       +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14686557       +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14686558       +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14686560        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14686561       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14686562        Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14686563       +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14686564        Seattle Financing Group,    090 Queen Avenue N.,    Suite 100,    Seattle, WA 98109
14686565       #+Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 101,    Mountainside, NJ 07092-2315
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14686555       +E-mail/Text: bankruptcy@acbhq.com Jul 17 2018 02:11:29    American Credit Bureau,
                 2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14686559       +E-mail/Text: abovay@creditmanagementcompany.com Jul 17 2018 02:12:17    Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14771914       +E-mail/Text: kburkley@bernsteinlaw.com Jul 17 2018 02:12:29    Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
                                                                                      TOTAL: 3
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Champion Mortgage
cr              Duquesne Light Company
14705850*      +American Credit Bureau,    2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14705851*      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14705853*      +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14705852*      +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14705854*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14705855*       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14705856*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14705857*       Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14705858*      +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14705859*       Seattle Financing Group,    090 Queen Avenue N.,    Suite 100,    Seattle, WA 98109
14705860*      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 101,    Mountainside, NJ 07092-2315
                                                                          TOTALS: 2, * 11, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
```
        James Warmbrodt   on behalf of Creditor   Champion Mortgage bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
        DMcKay@bernsteinlaw.com
        Kevin M Buttery    on behalf of Creditor   Champion Mortgage kbuttery@rascrane.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.   on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-2          User: dkam              Page 2 of 2            Date Rcvd: Jul 16, 2018
                              Form ID: pdf900         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
                 PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com

                                                                                       TOTAL: 7