**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−23528−GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Ronald J. Bulick
   4540 Gardenville Road
   Pittsburgh, PA 15236

Social Security No.:
   xxx−xx−6238

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412−765−3606 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101<br>Telephone number: 724−443−4757 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 24, 2018
12:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 7/18/18

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-23528-GLT
Ronald J. Bulick                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam              Page 1 of 2              Date Rcvd: Jul 18, 2018
                            Form ID: rsc            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db              +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458
14686556        +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14686558        +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14686557        +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14686560         Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                  Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14686561        +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14686562         Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14686563        +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,   Ste 100,   Boca Raton, FL 33487-2853
14686564         Seattle Financing Group,    090 Queen Avenue N.,   Suite 100,   Seattle, WA 98109
14686565       #+Zucker, Goldberg & Ackerman,    200 Sheffield Street,   Suite 101,   Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:23:10     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA 17128-0946
14686555        +E-mail/Text: bankruptcy@acbhq.com Jul 19 2018 02:22:20     American Credit Bureau,
                  2755 S Federal Hwy,   Boynton Beach, FL 33435-7742
14686559        +E-mail/Text: abovay@creditmanagementcompany.com Jul 19 2018 02:23:51    Credit Management Co,
                  2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14771914        +E-mail/Text: kburkley@bernsteinlaw.com Jul 19 2018 02:24:09     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Champion Mortgage
cr               Duquesne Light Company
14705850*       +American Credit Bureau,    2755 S Federal Hwy,   Boynton Beach, FL 33435-7742
14705851*       +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14705853*       +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14705852*       +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14705854*       +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14705855*        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                  Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14705856*       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14705857*        Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14705858*       +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,   Ste 100,   Boca Raton, FL 33487-2853
14705859*        Seattle Financing Group,    090 Queen Avenue N.,   Suite 100,   Seattle, WA 98109
14705860*       +Zucker, Goldberg & Ackerman,    200 Sheffield Street,   Suite 101,   Mountainside, NJ 07092-2315
                                                                                              TOTALS: 2, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Champion Mortgage bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    Champion Mortgage kbuttery@rascrane.com

```
District/off: 0315-2           User: dkam              Page 2 of 2                 Date Rcvd: Jul 18, 2018
                               Form ID: rsc            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                                 TOTAL: 7