**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ronald J. Bulick** | Social Security number or ITIN   xxx-xx-6238 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–23528–GLT**

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald J. Bulick

10/4/18                                                                     **By the court:**   Gregory L. Taddonio
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-23528-GLT
Ronald J. Bulick                                                        Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 2                  Date Rcvd: Oct 04, 2018
                              Form ID: 318                Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458
14686558       +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14686557       +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14686560        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14686561       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14686562        Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14686563       +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14686564        Seattle Financing Group,    090 Queen Avenue N.,    Suite 100,    Seattle, WA 98109
14686565       #+Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRCCRAWFORD.COM Oct 05 2018 05:38:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 01:55:52       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14686555       +E-mail/Text: bankruptcy@acbhq.com Oct 05 2018 01:55:32       American Credit Bureau,
                 2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14686556       +EDI: BANKAMER2.COM Oct 05 2018 05:48:00      Bank of America,    100 North Tryon Street,
                 Charlotte, NC 28255-0001
14686559       +E-mail/Text: abovay@creditmanagementcompany.com Oct 05 2018 01:56:23       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14771914       +E-mail/Text: kburkley@bernsteinlaw.com Oct 05 2018 01:56:37       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Champion Mortgage
cr              Duquesne Light Company
aty*           +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355
14705850*      +American Credit Bureau,    2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14705851*      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14705853*      +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14705852*      +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14705854*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14705855*       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
14705856*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14705857*       Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14705858*      +Robertson, Anschutz, Schneid, PL,    6409 Congress Ave,    Ste 100,    Boca Raton, FL 33487-2853
14705859*       Seattle Financing Group,    090 Queen Avenue N.,    Suite 100,    Seattle, WA 98109
14705860*      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 101,    Mountainside, NJ 07092-2315
                                                                                   TOTALS: 2, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dkam                  Page 2 of 2                   Date Rcvd: Oct 04, 2018
                               Form ID: 318                Total Noticed: 15
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Champion Mortgage bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    Champion Mortgage kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 7
```